Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Barbara Ann Bammer

# UNITED STATES DISTRICT Court

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA ANN BAMMER,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:25-cv-02118-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [~~PROPOSED~~] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Barbara Ann Bammer and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from January 29, 2026 to March 6, 2026, for Plaintiff to file  her brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has four District Court briefs due this week, in addition to two hearings.

DATE: January 26, 2026       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____

Marc V. Kalagian
Attorney for plaintiff James W. Harris

DATE: January 26, 2026           SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Lori A. Lookliss*

BY: _____

Lori A. Lookliss
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

DATED:  1/28/2026

IT IS SO ORDERED:  _____

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-CV-02118-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 26, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____

-3-